# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| DAVID LITTLE,<br>*Plaintiff,*<br><br>v.<br><br>CAROLYN COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant.* | CIVIL ACTION NO. 6:15-cv-00011<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' cross Motions for Summary Judgment (docket nos. 12 and 14), and the Report & Recommendation of United States Magistrate Judge Robert S. Ballou (docket no. 17, hereinafter "Report"). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. The parties filed cross motions for summary judgment, and on August 2, 2016, Judge Ballou filed a Report recommending that Plaintiff's Motion for Summary Judgment (docket no. 12) be granted in part, and the Commissioner's Motion for Summary Judgment (docket no. 14) be denied. After a review of the record in this case, and no objections having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. The Report of August 2, 2016, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (docket no. 12) is hereby **GRANTED IN PART**;

3. Defendant's Motion for Summary Judgment (docket no. 14) is hereby **DENIED**; and

4. This case is hereby **REMANDED** to Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

Entered this  23rd  day of August, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE